

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

Order Filed on December 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-13528-RG

Adv. No.:

Hearing Date: 12/6/17 @ 10:30 a.m.

Judge: Rosemary Gambardella

In Re:
    Colin James Flynn & Jill Beth Flynn,

Debtors.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 18, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Colin James Flynn & Jill Beth Flynn
Case No:  17-13528-RG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a vehicle known as 2012 Lexus IS250, VIN # JTHCF5C25C5059394, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Finberg, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 29, 2017, Debtors are due for the December 3, 2017 post-petition payment; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume December 3, 2017, directly to Secured Creditor (Note: the amount of the monthly payment is subject to change according to the terms of the note); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid outside the plan in five monthly installments of $100.00 and one installment of $31, which is to begin January 1, 2017 and continue until said fees and costs are paid in full;  and

It is further **ORDERED, ADJUDGED and DECREED** that the motion is hereby resolved.