Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−13528−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Colin James Flynn      Jill Beth Flynn
60 Walnut St.      60 Walnut St.
Oakland, NJ 07436      Oakland, NJ 07436

Social Security No.:
  xxx−xx−4807      xxx−xx−1070

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 22, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 25, 2018
JAN: rah

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13528-RG
Colin James Flynn
Jill Beth Flynn                                                           Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: May 25, 2018
                              Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
```
db/jdb         +Colin James Flynn,    Jill Beth Flynn,   60 Walnut St.,   Oakland, NJ 07436-2647
cr             +Cenlar FSB as servicer for Lakeview Loan Servicing,   Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,   Roseland, NJ 07068-1640
cr             +M&T Bank as servicer for Lakeview Loan Servicing,,   Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
516662617      +AES/Natl Col,   Aes/Ddb,   Po Box 2461,   Harrisburg, PA 17105-2461
516662618      +American Express,    c/o Zwicker & Ass.,   1105 Laurel Oak Rd.,   Voorhees, NJ 08043-4312
516662622      +CENLAR/Central Loan Admin & Reporting,   425 Philips Blvd,   Ewing, NJ 08618-1430
516880135      +Cenlar FSB as servicing agent Lakeview Loan Servic,   425 Philips Blvd,   Ewing, NJ 08618-1430
516892041      +Cenlar FSB at servicer for Lakeview Loan Servicing,   425 Phillips Blvd,   Ewing NJ 08618-1430
516662623      +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
516662624      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 S Louis, MO 63179-0040
516895791       Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
517321410      +Lakeview Loan Servicing, LLC c/o,   M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
516697055      +NJCLASS,   PO Box 548,   Trenton NJ 08625-0548
516662632      +State Of NJ - NJ Class,   Po Box 543,   Trenton, NJ 08625-0543
516785181      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516662638      +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
516662639      +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2018 23:29:43    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2018 23:29:39    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516787382       EDI: BECKLEE.COM May 26 2018 03:03:00    American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516662619      +EDI: AMEREXPR.COM May 26 2018 03:03:00    Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
516662620      +EDI: CAPITALONE.COM May 26 2018 03:03:00    Cap1/bstby,   c/o Capital One Services, LLC,
                 P.O. Box 70886,   Charlotte, NC 28272-0886
516662621      +EDI: CAPITALONE.COM May 26 2018 03:03:00    Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516723252       EDI: CAPITALONE.COM May 26 2018 03:03:00    Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
516783805       EDI: CRFRSTNA.COM May 26 2018 03:03:00    Credit First NA,   PO Box 818011,
                 Cleveland, OH 44181-8011
516662625      +EDI: CRFRSTNA.COM May 26 2018 03:03:00    Credit First National Assoc,
                 Attn: BK Credit Operations,   Po Box 81315,   Cleveland, OH 44181-0315
516662626      +EDI: DISCOVER.COM May 26 2018 03:03:00    Discover Bank,   PO Box 6103,
                 Carol Stream, IL 60197-6103
516679736       EDI: DISCOVER.COM May 26 2018 03:03:00    Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
516662627      +EDI: DISCOVER.COM May 26 2018 03:03:00    Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516679838      +EDI: DISCOVERPL May 26 2018 03:04:00    Discover Personal Loans,   PO Box 30954,
                 Salt Lake City, UT 84130-0954
516841979       EDI: ECMC.COM May 26 2018 03:03:00    Educational Credit Management Corporation,
                 P.O. Box 16408,   St. Paul, MN 55116-0408
516662628      +E-mail/Text: bbagley@enerbankusa.com May 25 2018 23:29:16    Enerbank Usa,
                 1245 E Brickyard Rd Ste,   Salt Lake City, UT 84106-2559
516662629      +EDI: NAVIENTFKASMSERV.COM May 26 2018 03:03:00    Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
516918170       EDI: PRA.COM May 26 2018 03:03:00    Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,   POB 41067,   Norfolk VA 23541
516918171       EDI: PRA.COM May 26 2018 03:03:00    Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
516662630      +E-mail/Text: bankruptcy@prosper.com May 25 2018 23:30:18    Prosper Marketplace Inc,
                 Po Box 396081,   San Francisco, CA 94139-6081
516662631      +E-mail/Text: bankruptcy@savit.com May 25 2018 23:30:52    Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
516662633      +EDI: RMSC.COM May 26 2018 03:03:00    Synchrony Bank/Amazon,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
516662634      +EDI: RMSC.COM May 26 2018 03:03:00    Synchrony Bank/Care Credit,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
516662635      +EDI: RMSC.COM May 26 2018 03:03:00    Synchrony Bank/PC Richards & Sons,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
516662636       EDI: TDBANKNORTH.COM May 26 2018 03:04:00    Td Bank N.a.,   32 Chestnut St,
                 Lewiston, ME 04240
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: May 25, 2018
                               Form ID: 148             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516662637       EDI: TFSR.COM May 26 2018 03:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
516872411      +EDI: AIS.COM May 26 2018 03:03:00      Verizon,     by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 26

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517321411*     +Lakeview Loan Servicing, LLC c/o,   M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicer for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Marc G. Alster    on behalf of Debtor Colin James Flynn malster@alsterlaw.com,
               r59840@notify.bestcase.com
              Marc G. Alster    on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com,
               r59840@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```