Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−13528−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Colin James Flynn                         Jill Beth Flynn
60 Walnut St.                             60 Walnut St.
Oakland, NJ 07436                         Oakland, NJ 07436

Social Security No.:
xxx−xx−4807                               xxx−xx−1070

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      9/18/18
Time:      10:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Marc G. Alster, Debtor's Attorney,

COMMISSION OR FEES
period: 1/11/2018 to 8/27/2018, fee: $1,582.50

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 28, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-13528-RG
Colin James Flynn                                                      Chapter 13
Jill Beth Flynn
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 28, 2018
                             Form ID: 137          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db/jdb        +Colin James Flynn,   Jill Beth Flynn,   60 Walnut St.,   Oakland, NJ 07436-2647
cr            +Cenlar FSB as servicer for Lakeview Loan Servicing,   Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway, Suite 302,   Roseland, NJ 07068-1640
cr            +M&T Bank as servicer for Lakeview Loan Servicing,,   Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
516662617     +AES/Natl Col,   Aes/Ddb,   Po Box 2461,   Harrisburg, PA 17105-2461
516662618     +American Express,   c/o Zwicker & Ass.,   1105 Laurel Oak Rd.,   Voorhees, NJ 08043-4312
516787382      American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516662619     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516662622     +CENLAR/Central Loan Admin & Reporting,   425 Philips Blvd,   Ewing, NJ 08618-1430
516880135     +Cenlar FSB as servicing agent Lakeview Loan Servic,   425 Philips Blvd,   Ewing, NJ 08618-1430
516892041     +Cenlar FSB at servicer for Lakeview Loan Servicing,   425 Phillips Blvd,   Ewing NJ 08618-1430
516662623     +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
516662624     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
516783805      Credit First NA,   PO Box 818011,   Cleveland, OH  44181-8011
516662625     +Credit First National Assoc,   Attn: BK Credit Operations,   Po Box 81315,
               Cleveland, OH 44181-0315
516895791      Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
516841979      Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
517321410     +Lakeview Loan Servicing, LLC c/o,   M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
516697055     +NJCLASS,   PO Box 548,   Trenton NJ 08625-0548
516662632     +State Of NJ - NJ Class,   Po Box 543,   Trenton, NJ 08625-0543
516662637     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
               Cedar Rapids, IA 52408)
516785181     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516662638     +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
516662639     +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 23:26:28    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 23:26:25    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516662620     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 23:31:38    Cap1/bstby,
               c/o Capital One Services, LLC,   P.O. Box 70886,   Charlotte, NC 28272-0886
516662621     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 23:32:03    Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516723252      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 23:32:03
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516662626     +E-mail/Text: mrdiscen@discover.com Aug 28 2018 23:25:36    Discover Bank,   PO Box 6103,
               Carol Stream, IL 60197-6103
516679736      E-mail/Text: mrdiscen@discover.com Aug 28 2018 23:25:36    Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516662627     +E-mail/Text: mrdiscen@discover.com Aug 28 2018 23:25:36    Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
516679838     +E-mail/Text: dplbk@discover.com Aug 28 2018 23:26:45    Discover Personal Loans,
               PO Box 30954,   Salt Lake City, UT 84130-0954
516662628     +E-mail/Text: bbagley@enerbankusa.com Aug 28 2018 23:25:57    Enerbank Usa,
               1245 E Brickyard Rd Ste,   Salt Lake City, UT 84106-2559
516662629     +E-mail/PDF: pa_dc_claims@navient.com Aug 28 2018 23:31:41    Navient,   Attn: Bankruptcy,
               Po Box 9500,   Wilkes-Barr, PA 18773-9500
516918170      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 23:47:09
               Portfolio Recovery Associates, LLC,   c/o Best Buy Credit Card,   POB 41067,
               Norfolk VA 23541
516918171      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 23:46:42
               Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
               Norfolk VA 23541
516662630     +E-mail/Text: bankruptcy@prosper.com Aug 28 2018 23:26:50    Prosper Marketplace Inc,
               Po Box 396081,   San Francisco, CA 94139-6081
516662631     +E-mail/Text: bankruptcy@savit.com Aug 28 2018 23:27:14    Savit Coll,   Po Box 250,
               East Brunswick, NJ 08816-0250
516662633     +E-mail/Text: gecsedi@recoverycorp.com Aug 28 2018 23:31:59    Synchrony Bank/Amazon,
               Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516662634     +E-mail/Text: gecsedi@recoverycorp.com Aug 28 2018 23:32:24    Synchrony Bank/Care Credit,
               Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516662635     +E-mail/Text: gecsedi@recoverycorp.com Aug 28 2018 23:31:59    Synchrony Bank/PC Richards & Sons,
               Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516662636      E-mail/Text: bankruptcy@td.com Aug 28 2018 23:26:30    Td Bank N.a.,   32 Chestnut St,
               Lewiston, ME 04240

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 28, 2018
                              Form ID: 137             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516872411      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2018 23:46:47      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                       TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517321411*    +Lakeview Loan Servicing, LLC c/o,   M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
```
              Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg   on behalf of Creditor    M&T Bank as servicer for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Jeanette F. Frankenberg   on behalf of Creditor    Cenlar FSB as servicer for Lakeview Loan
               Servicing, LLC cmecf@sternlav.com
              Marc G. Alster   on behalf of Debtor Colin James Flynn malster@alsterlaw.com,
               r59840@notify.bestcase.com
              Marc G. Alster   on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com,
               r59840@notify.bestcase.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Rebecca Ann Solarz   on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 8
```