UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtors

Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

COLIN JAMES FLYNN AND
JILL BETH FLYNN

Case No.: 17-13528

Chapter: 13

Judge: RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 24, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc G. Alster _____, the applicant, is allowed a fee of $ _____ 1,582.50 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 1,582.50 _____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Colin James Flynn  
Jill Beth Flynn  
    Debtors

Case No. 17-13528-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 24, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.  
db/jdb        +Colin James Flynn,    Jill Beth Flynn,    60 Walnut St.,    Oakland, NJ 07436-2647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicer for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
         Marc G. Alster    on behalf of Debtor Colin James Flynn malster@alsterlaw.com, r59840@notify.bestcase.com  
         Marc G. Alster    on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com, r59840@notify.bestcase.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                  TOTAL: 8