UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtors, Colin James Flynn and
Jill Beth Flynn

Order Filed on September 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

COLIN JAMES FLYNN & JILL BETH FLYNN

Case No.:   17-13528

Chapter:   13

Judge:   RG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: September 6, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc G. Alster, Esq. _____, the applicant, is allowed a fee of $ ____ 937.50 ____ for services rendered and expenses in the amount of $ ____ 0.00 ____ for a total of $ ____ 937.50 ____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Colin James Flynn  
Jill Beth Flynn  
    Debtors

Case No. 17-13528-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.  
db/jdb        +Colin James Flynn,    Jill Beth Flynn,    60 Walnut St.,    Oakland, NJ 07436-2647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jeanette F. Frankenberg    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicer for Lakeview Loan Servicing, LLC cmecf@sternlav.com  
           Marc G. Alster    on behalf of Debtor Colin James Flynn malster@alsterlaw.com, r59840@notify.bestcase.com  
           Marc G. Alster    on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com, r59840@notify.bestcase.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 8