| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Attorney for Secured Creditor, M&T Bank as servicing agent for Lakeview Loan Servicing, LLC<br>By Maria Cozzini, Esq. | Order Filed on March 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Colin James Flynn and Jill Beth Flynn,<br><br>    Debtor(s). | Case No.: 17-13528-RG<br><br>Chapter: 13<br><br>Hearing Date: 1/20/21<br><br>Judge: Rosemary Gambardella |

# ORDER RESOLVING MOTION TO VACATE STAY
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: March 12, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page | 2
Debtor: Colin James Flynn and Jill Beth Flynn
Case No: 17-13528-RG
Caption: Order Resolving Motion to Vacate Stay with Conditions

| | |
|---|---|
| Applicant: | Lakeview Loan Servicing, LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Marc G. Alster, Esq. |
| Property Involved ("Collateral"): | 60 Walnut Street, Oakland, NJ 07436 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 2 months, from November 2019 to December 2019.

   - The Debtor is overdue for 2 payments at $ 4,545.67 per month.

   - The Debtor is overdue for 12 months, from January 2020 to December 2020.

   - The Debtor is overdue for 12 payments at $4,559.43 per month.

   - Less a suspense balance of $3,286.13.

   - Applicant acknowledges receipt of funds in the amount of $11,600.00 received after the motion was filed.

   Total Arrearages Due $ 48,918.37.

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on January 1, 2021, regular monthly mortgage payments shall continue to be made in the amount $4,597.83.

   - Immediate payment shall be made in the amount of $2,170.54. Payment shall be made no later than January 31, 2021.

   - Additional monthly cure payments shall be made for 3 months as follows: Cure payment in the amount $4,447.83 due on February 1, 2021; Cure payment in the

Case 17-13528-RG    Doc 72    Filed 03/14/21    Entered 03/15/21 01:19:43    Desc Imaged
Certificate of Notice    Page 3 of 6

Page | 3
Debtor: Colin James Flynn and Jill Beth Flynn
Case No: 17-13528-RG
Caption: Order Resolving Motion to Vacate Stay with Conditions

amount of $2,300 due on March 1, 2021; and a final cure payment in the amount of $40,000.00 due on April 1, 2021.

3. Payments to the Secured Creditor shall be made to the following address(es):

- ✓ Immediate payment:    M&T Bank
    1100 Wehrle Dr
    Williamsville, New York 14221

- ✓ Regular monthly payment:    M&T Bank
    1100 Wehrle Dr
    Williamsville, New York 14221

- ✓ Monthly cure payment:    M&T Bank
    1100 Wehrle Dr
    Williamsville, New York 14221

4. In the event of Default:

- ✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

- ☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

- ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
    The fees and costs are payable:
- ✓ through the Chapter 13 plan.
- ☐ to the Secured Creditor within _____ days.

**Page | 4**
Debtor: Colin James Flynn and Jill Beth Flynn
Case No: 17-13528-RG
Caption: Order Resolving Motion to Vacate Stay with Conditions

☐ Attorneys' fees are not awarded.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-13528-RG |
| Colin James Flynn | Chapter 13 |
| Jill Beth Flynn | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colin James Flynn, 60 Walnut St., Oakland, NJ 07436-2647 |
| jdb | + | Jill Beth Flynn, 60 Walnut St., Oakland, NJ 07436-2647 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for Lakeview Loan Servicing  LLC cmecf@sternlav.com |
| Marc G. Alster | on behalf of Debtor Colin James Flynn malster@alsterlaw.com  r59840@notify.bestcase.com |
| Marc G. Alster | on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com  r59840@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Maria Cozzini
    on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC mcozzini@sternlav.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor Lakeview Loan Servicing NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10