Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13528−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Colin James Flynn  
60 Walnut St.  
Oakland, NJ 07436

Jill Beth Flynn  
60 Walnut St.  
Oakland, NJ 07436

Social Security No.:
  xxx−xx−4807                         xxx−xx−1070

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     6/2/21
Time:    10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc G. Alster, Debtor's Attorney

COMMISSION OR FEES
$3,920.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

- ☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☑ will reduce the amount to be paid to general unsecured creditors under the plan as follows: The unsecured creditors will receive approximately $3,920.00 less than the current amount they are slated to receive.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 7, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Colin James Flynn  
Jill Beth Flynn  
    Debtors

Case No. 17-13528-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 07, 2021 | Form ID: 137 | Total Noticed: 43 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colin James Flynn, Jill Beth Flynn, 60 Walnut St., Oakland, NJ 07436-2647 |
| cr | + | Cenlar FSB as servicer for Lakeview Loan Servicing, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | M&T Bank as servicer for Lakeview Loan Servicing,, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 516662617 | + | AES/Natl Col, Aes/Ddb, Po Box 2461, Harrisburg, PA 17105-2461 |
| 516662618 | + | American Express, c/o Zwicker & Ass., 1105 Laurel Oak Rd., Voorhees, NJ 08043-4312 |
| 516787382 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516662619 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516662622 | + | CENLAR/Central Loan Admin & Reporting, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| 516880135 | + | Cenlar FSB as servicing agent Lakeview Loan Servic, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| 516892041 | + | Cenlar FSB at servicer for Lakeview Loan Servicing, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 516783805 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516662625 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 516841979 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517321410 | + | Lakeview Loan Servicing, LLC c/o, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516697055 | + | NJCLASS, PO Box 548, Trenton NJ 08625-0548 |
| 516662632 | + | State Of NJ - NJ Class, Po Box 543, Trenton, NJ 08625-0543 |
| 516662637 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516785181 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516662638 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516662620 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 21:56:03 | Cap1/bstby, c/o Capital One Services, LLC, P.O. Box 70886, Charlotte, NC 28272-0886 |
| 516662621 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 21:56:52 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516723252 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 21:56:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516662623 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 21:56:08 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516662624 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 21:55:21 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516895791 | | Email/Text: bnc-quantum@quantum3group.com | May 07 2021 20:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516662626 | + | Email/Text: mrdiscen@discover.com | May 07 2021 20:35:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 516679736 | | Email/Text: mrdiscen@discover.com | May 07 2021 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516662627 | + | Email/Text: mrdiscen@discover.com | May 07 2021 20:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516679838 | + | Email/Text: dplbk@discover.com | May 07 2021 20:38:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 516662628 | + | Email/Text: bbagley@enerbankusa.com | May 07 2021 20:36:00 | Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106-2559 |
| 516662629 | + | Email/PDF: pa_dc_claims@navient.com | May 07 2021 21:55:18 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516918170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:55:16 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516918171 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 21:55:16 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516662630 | + | Email/Text: bankruptcy@prosper.com | May 07 2021 20:38:00 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 516662631 | + | Email/Text: bankruptcy@savit.com | May 07 2021 20:38:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 516662633 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:55:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516662634 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:55:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516662635 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:55:06 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516662636 | | Email/Text: bankruptcy@td.com | May 07 2021 20:37:00 | Td Bank N.a., 32 Chestnut St, Lewiston, ME 04240 |
| 516872411 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 21:55:27 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516662639 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 21:56:09 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517321411 | *+ | Lakeview Loan Servicing, LLC c/o, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-2      User: admin      Page 3 of 3
Date Rcvd: May 07, 2021      Form ID: 137      Total Noticed: 43

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for Lakeview Loan Servicing LLC cmecf@sternlav.com |
| Marc G. Alster | on behalf of Debtor Colin James Flynn malster@alsterlaw.com r59840@notify.bestcase.com |
| Marc G. Alster | on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com r59840@notify.bestcase.com |
| Maria Cozzini | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Lakeview Loan Servicing NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10