UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtors, Colin James Flynn and Jill Beth Flynn

Order Filed on June 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

COLIN JAMES FLYNN & JILL BETH FLYNN

Case No.: 17-13528 (RG)

Chapter: 13

Judge: Gambardella

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 3, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc G. Alster, Esq._____, the applicant, is allowed a fee of $ _____3,920.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____3,920.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Colin James Flynn  
Jill Beth Flynn  
    Debtors

Case No. 17-13528-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 03, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colin James Flynn, Jill Beth Flynn, 60 Walnut St., Oakland, NJ 07436-2647 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for Lakeview Loan Servicing  LLC cmecf@sternlav.com |
| Marc G. Alster | on behalf of Debtor Colin James Flynn malster@alsterlaw.com r59840@notify.bestcase.com |
| Marc G. Alster | on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com r59840@notify.bestcase.com |
| Maria Cozzini | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC mcozzini@sternlav.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 03, 2021 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Melissa N. Licker
   on behalf of Creditor Lakeview Loan Servicing NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
   on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10