| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Colin James Flynn<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4807<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jill Beth Flynn<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1070<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–13528–RG | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Colin James Flynn                                    Jill Beth Flynn

<u>4/6/22</u>                                                              **By the court:** <u>Rosemary Gambardella</u>
                                                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Colin James Flynn  
Jill Beth Flynn  
    Debtors

Case No. 17-13528-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 06, 2022      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Colin James Flynn, Jill Beth Flynn, 60 Walnut St., Oakland, NJ 07436-2647 |
| cr | + | Cenlar FSB as servicer for Lakeview Loan Servicing, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | M&T Bank as servicer for Lakeview Loan Servicing,, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 516662617 | + | AES/Natl Col, Aes/Ddb, Po Box 2461, Harrisburg, PA 17105-2461 |
| 516662622 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, CENLAR/Central Loan Admin & Reporting, 425 Philips Blvd, Ewing, NJ 08618 |
| 516880135 | + | Cenlar FSB as servicing agent Lakeview Loan Servic, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| 516892041 | + | Cenlar FSB at servicer for Lakeview Loan Servicing, 425 Phillips Blvd, Ewing NJ 08618-1430 |
| 517321410 | + | Lakeview Loan Servicing, LLC c/o, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516697055 | + | NJCLASS, PO Box 548, Trenton NJ 08625-0548 |
| 516662630 | + | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 516662632 | + | State Of NJ - NJ Class, Po Box 543, Trenton, NJ 08625-0543 |
| 516662638 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516662617 | + | Email/Text: bncnotifications@pheaa.org | Apr 06 2022 20:29:00 | AES/Natl Col, Aes/Ddb, Po Box 2461, Harrisburg, PA 17105-2461 |
| 516662618 | + | Email/Text: bkfilings@zwickerpc.com | Apr 06 2022 20:30:00 | American Express, c/o Zwicker & Ass., 1105 Laurel Oak Rd., Voorhees, NJ 08043-4312 |
| 516787382 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 20:34:18 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516662619 | + | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 20:34:17 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516662622 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 06 2022 20:29:00 | CENLAR/Central Loan Admin & Reporting, 425 Philips Blvd, Ewing, NJ 08618 |
| 516662620 | + | EDI: CAPITALONE.COM | Apr 07 2022 02:33:00 | Cap1/bstby, c/o Capital One Services, LLC, P.O. Box 70886, Charlotte, NC 28272-0886 |
| 516662621 | + | EDI: CAPITALONE.COM | Apr 07 2022 02:33:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516723252 | | EDI: CAPITALONE.COM | | |

Case 17-13528-RG   Doc 82   Filed 04/08/22   Entered 04/09/22 00:15:03   Desc Imaged
                         Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 06, 2022 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Apr 07 2022 02:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516662623 | + | EDI: CITICORP.COM | Apr 07 2022 02:33:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516662624 | + | EDI: CITICORP.COM | Apr 07 2022 02:33:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516783805 | | EDI: CRFRSTNA.COM | Apr 07 2022 02:28:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516662625 | + | EDI: CRFRSTNA.COM | Apr 07 2022 02:28:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 516895791 | | EDI: Q3G.COM | Apr 07 2022 02:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516662626 | + | EDI: DISCOVER.COM | Apr 07 2022 02:33:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 516679736 | | EDI: DISCOVER.COM | Apr 07 2022 02:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516662627 | + | EDI: DISCOVER.COM | Apr 07 2022 02:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516679838 | | EDI: DISCOVERPL | Apr 07 2022 02:33:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 516841979 | | EDI: ECMC.COM | Apr 07 2022 02:33:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516662628 | + | Email/Text: bbagley@enerbankusa.com | Apr 06 2022 20:29:00 | Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106-2559 |
| 516662629 | + | EDI: NAVIENTFKASMSERV.COM | Apr 07 2022 02:33:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516918170 | | EDI: PRA.COM | Apr 07 2022 02:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516918171 | | EDI: PRA.COM | Apr 07 2022 02:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516662631 | + | Email/Text: bankruptcy@savit.com | Apr 06 2022 20:30:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 516662633 | + | EDI: RMSC.COM | Apr 07 2022 02:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516662634 | + | EDI: RMSC.COM | Apr 07 2022 02:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516662635 | + | EDI: RMSC.COM | Apr 07 2022 02:33:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516662636 | | EDI: TDBANKNORTH.COM | Apr 07 2022 02:33:00 | Td Bank N.a., 32 Chestnut St, Lewiston, ME 04240 |
| 516662637 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 06 2022 20:29:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516785181 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 06 2022 20:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516872411 | + | EDI: AIS.COM | Apr 07 2022 02:33:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516662639 | + | EDI: CITICORP.COM | | |

Case 17-13528-RG    Doc 82    Filed 04/08/22    Entered 04/09/22 00:15:03    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 3180W | Total Noticed: 43 |

| | Apr 07 2022 02:33:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
|---|---|---|

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517321411 | *+ | Lakeview Loan Servicing, LLC c/o, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC cmecf@sternlav.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for Lakeview Loan Servicing LLC cmecf@sternlav.com |
| Marc G. Alster | on behalf of Debtor Colin James Flynn malster@alsterlaw.com r59840@notify.bestcase.com |
| Marc G. Alster | on behalf of Joint Debtor Jill Beth Flynn malster@alsterlaw.com r59840@notify.bestcase.com |
| Maria Cozzini | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Lakeview Loan Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10